

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00007-CV

_____

SHARRON UMOH, Appellant

V.

GOOD SHEPHERD MEDICAL CENTER MARSHALL, Appellee

On Appeal from the County Court at Law
Harrison County, Texas
Trial Court No. 2016-10,155-CCL

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Sharron Umoh, appellant, filed a notice of appeal in this matter on February 5, 2018. Both the clerk's and reporter's records were due to be filed with this Court on or before February 21, 2018. Neither of the records has been filed, and there is no indication that Umoh has paid or made arrangements for payment of the fees associated with their preparation. Further, Umoh has not tendered the mandatory $205.00 filing fee associated with this appeal.

"A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just." TEX. R. APP. P. 5. Similarly, unless otherwise excused, an appellant must either pay or make arrangements for the payment of the fees related to preparation of the appellate record to ensure that the record is timely filed. TEX. R. APP. P. 35.3(a)(2), (b)(3), 37.3(b).

By letter dated March 8, 2018, and pursuant to Rules 37.3(b) and 42.3(b) and (c) of the Texas Rules of Appellate Procedure, our clerk's office provided Umoh with notice of and an opportunity to cure these defects. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). The clerk's letter further warned Umoh that, if she did not submit an adequate response to our defect letter within ten days of the date of the letter, her appeal would be subject to dismissal for want of prosecution. We have received no communication from Umoh responsive to the March 8 correspondence from our clerk's office, and we have received neither the required filing fee nor the appellate record.

Pursuant to Rules 37.3(b) and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.

                                                Ralph K. Burgess
                                                Justice

Date Submitted:     April 9, 2018
Date Decided:       April 10, 2018